UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| HAYDEN ELIZABETH KEZIAH      xxx-xx-5899 | ) | |
| 9218 SANGER COURT | ) | |
| HARRISBURG, NC 28075 | ) | |
| | ) | Case No. 20-50426 C-13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO

1.   The plan filed by the Debtor(s) on October 28, 2020, Docket No. 23 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2.   If a timely objection is filed, a **telephonic hearing** on the objection to confirmation and on confirmation of the Proposed Plan will be held on December 9, 2020, at 9:30 a.m. **In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 866-434-5269 and provide access code 2732206 when prompted to do so**. The party objecting must participate at the hearing.

3.   Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, 601 West 4th Street, Suite 100, Winston-Salem, NC, 27101, with copies served on (1) Kathryn L. Bringle, Trustee, P.O. Box 2115, Winston-Salem, NC, 27102-2115; (2) the Attorney for the Debtor(s); and (3) the Debtor(s). If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4.   The Debtor(s) and the Attorney for the Debtor(s) are required to participate at any hearing on confirmation.

5.   Any order confirming the plan will be served on all parties.

DATE: October 30, 2020                                                              Office of the Clerk
                                                                                                       Reid Wilcox, Clerk