NCMB-1330 (04/25)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

|  |  |
|---|---|
| Hayden Elizabeth Keziah, | ) |
|  | ) Chapter 13 |
|  | ) |
|  | ) Case No. 20-50426 |
| xxx-xx-5899; | ) |
| Debtor. | ) |

**DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, AND STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8)**

The Debtor makes the following statements and certifications:

1. I have completed making all payments under the Plan.

2. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3. I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4. I have not received a Chapter 13 discharge in a prior case filed within two years preceding the filing of the current Chapter 13 case.

5. **X**  I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.

    OR

    ☐  I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have provided the Debtor's Disclosure of Information Regarding Domestic Support Obligations to the Chapter 13 Trustee's Office.

6A. **X**  I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $160,375 if this case was filed on or after April 1, 2016, but before April 1, 2019; $170,350 if this case was filed on or after April 1, 2019, but before April 1, 2022; $189,050 if the case was filed on or after April 1, 2022, but before April 1, 2025; or $214,000 if the case was filed on or after April 1, 2025.

**IF YOU CHECKED BOX 6A, OMIT 6B.**

6B.  ☐  I elected to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $160,375 if this case was filed on or after April 1, 2016, but before April 1, 2019; $170,350 if this case was filed on or after April 1, 2019, but before April 1, 2022; $189,050 if the case was filed on or after April 1, 2022, but before April 1, 2025; or $214,000 if the case was filed on or after April 1, 2025. (If this box is checked, please check the appropriate boxes for statements (i) - (ix)).

☐ (i)  I have not been convicted of a felony nor is there pending any proceeding in which I may be found guilty of a felony as defined in 18 U.S.C. § 3156.

☐ (ii)  I do not owe a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

☐ (iii)  There is no pending proceeding in which I may be found liable for a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

☐ (iv)  I do not owe a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

☐ (v)  There is no pending proceeding in which I may be found liable for a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

☐ (vi)  I do not owe a debt arising from any civil remedy under 18 U.S.C. § 1964.

☐ (vii)  There is no pending proceeding in which I may be found liable for a debt arising from any civil remedy under 18 U.S.C. § 1964.

☐ (viii)  I do not owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

☐ (ix)  There is no pending proceeding in which I may be found liable to owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: August 13, 2025

_____
Debtor Hayden Elizabeth Keziah

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem DIVISION

IN RE:
Hayden Elizabeth Keziah,           )
                                   )       Case No. 20-50426
                xxx-xx-5899,       )       Chapter 13
                Debtor.            )

## CERTIFICATE OF SERVICE

I, Ann-Charlotte Dowless, counsel of record for Debtor herein, hereby certify that a copy of DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, AND STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8) filed August 18, 2025 was served upon CREDITORS AND PARTIES SHOWN ON ATTACHED EXHIBIT A on August 18, 2025, by depositing a copy of the same in the U.S. Postal Service mail depository with postage affixed, and addressed as shown therein, or, where applicable, was served by ECF/electronic filing/notice, as follows:

By CM/ECF:
Bankruptcy Court Administrator;
U.S. Bankruptcy Court Clerk;
Chapter 13 Trustee Richardson

This the 18th day of August, 2025.

/s/ Ann-Charlotte Dowless
Ann-Charlotte Dowless, Attorney for Debtor
NC State Bar No. 25411
Dowless Law Firm, P.C.
51 Cabarrus Avenue West, Concord, NC 28025
(704) 782-7529 phone; (704) 353-7216 fax

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0418-6<br>Case 20-50426<br>Middle District of North Carolina<br>Winston-Salem<br>Mon Aug 18 14:12:15 EDT 2025 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Financial Services<br>1400 City View Drive<br>Columbus, OH 43215-1495 |
| Scolopax, LLC<br>c/o Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>Abilene, TX 79602-1196 | Wells Fargo Bank, N.A.<br>MAC Q2132-023  P.O. Box 94423<br>Albuquerque, NM 87199 | Winston-Salem<br>601 W. 4th St., Suite 100<br>Winston-Salem, NC 27101-2745 |
| Altran Financial<br>P.O. Box 722929<br>Houston, TX 77272-2929 | American Express<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express/ Hilton<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Appalachian State University<br>Student Accounts<br>ASU P.O. Box 32005<br>Boone, NC 28608-0001 | Atrium Health<br>PO Box 32861<br>Charlotte, NC 28232-2861 |
| BMW Financial Services NA, LLC<br>Attn: Managing Agent or Officer<br>C/O Reg. Agent CT Corporation System<br>160 Mine Lake Ct, Suite 200<br>Raleigh, NC 27615-6417 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| CHS Northeast<br>P.O. Box 96072<br>Charlotte, NC 28296-0072 | Cabarrus County EMS<br>PO Box 707<br>Concord, NC 28026-0707 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of New Bern<br>PO Box 63005<br>Charlotte, NC 28263-3005 | Coastal Carolina Healthcare<br>PO Box 12248<br>New Bern, NC 28561-2248 |
| Comenity Bank/Ann Taylor<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Sephora<br>PO Box 183003<br>Columbus, OH 43218-3003 | Comenity Capital Bank/Diamonds Intern.<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Craven County tax Collector<br>406 Craven Street<br>New Bern, NC 28560-4911 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Diamonds International<br>P.O. Box 659622<br>San Antonio, TX 78265-9622 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | Healthcare Receivables<br>PO Box 10168<br>Knoxville, TN 37939-0168 |

```
Internal Revenue Service 2018          LVNV Funding, LLC                    Long Reach Employees
Bankruptcy Filing Notification         Resurgent Capital Services           315 Main St
P.O. Box 7346                          Greenville, SC 29603-2960            Middlebourne, WV 26149-9602
Philadelphia, PA 19101-7346


Monterey Financial Services            My Pet Funding LLC                   New Bern Apts dba Reserve at Glen Burnie
Attn: Bankruptcy                       20130 Lakeview Center Plaza          100 Gurtan Street
4095 Avenida De La Plata               Ashburn, VA 20147-5904               New Bern, NC 28562-2629
Oceanside, CA 92056-5802


North Carolina Department of Revenue   North Carolina Department of Revenue North Carolina Dept. of Motor Vehicles
Attn: Bankruptcy Unit                  Bankruptcy Unit                      PO Box 29615
P.O. Box 1168                          P.O. Box 1168                        Raleigh, NC 27626-0615
Raleigh, NC 27602-1168                 Raleigh, NC 27602-1168


Novant Health                          Novant Health Mint Hill              ONEMAIN FINANCIAL GROUP, LLC
PO Box 1123                            6816 Matthews Mint Hill Rd Ste 101   PO BOX 3251
Minneapolis, MN 55440-1123             Charlotte, NC 28227-9487             EVANSVILLE, IN 47731-3251


OneMain Financial                      Online Collections                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy                       Attn: Bankruptcy                     PO BOX 41067
PO Box 3251                            PO Box 1489                          NORFOLK VA 23541-1067
Evansville, IN 47731-3251              Winterville, NC 28590-1489


Puppy Spot LLC                         PuppySpot Group LLC                  PuppySpot, LLC
7261 Sheridan St. Ste 300A             9724 Washington Blvd.                7261 Sheridan St, Ste 300A
Hollywood, FL 33024-2709               Culver City, CA 90232-2765           Hollywood, FL 33024-2709


Quantum3 Group LLC as agent for Comenity Ban   Quantum3 Group LLC as agent for Comenity Cap   Rocksbox Collections
PO Box 788                             PO Box 788                           360 Post Street, Suite 1100
Kirkland, WA 98083-0788                Kirkland, WA 98083-0788              San Francisco, CA 94108-4904


Scolopax, LLC                          Scolopax, LLC                        State Employees Credit Union
C O WEINSTEIN & RILEY, PS              c/o Weinstein & Riley, P.S.          PO Box 25279
2001 WESTERN AVENUE, STE 400           749 Gateway                          Raleigh, NC 27611-5279
Seattle, WA 98121-3132                 Suite G-601
                                       Abilene, TX 79602-1196


State Employees' Credit Union          Synchrony Bank/Care Credit           The Charlotte-Mecklenburg Hospital Authority
Attn: Bankruptcy                       Attn: Bankruptcy Dept                PO Box 71108
Po Box 29606                           PO Box 965060                        Charlotte, NC 28272-1108
Raleigh, NC 27626-0606                 Orlando, FL 32896-5060


Tideland Electric NC                   (p)TRANSUNION                        University-Carolina Healthcare System
25831 US Highway 264 E                 555 W ADAMS                          location: Northeast Hospital
Pantego, NC 27860-9401                 CHICAGO IL 60661-3631                PO Box 2090
                                                                            Morrisville, NC 27560-2090
```

Wells Fargo Bank
Attn: Bankruptcy
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank NA
P.O. Box 6995
Portland, OR 97228-6995

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4927

Windham Professionals
PO Box 1048
Salem, NH 03079-1048

Ann Charlotte Dowless
Dowless Law Firm, P.C.
51 Cabarrus Ave., West
Concord, NC 28025-5141

Brandi Richardson
P.O. Box 2115
Winston-Salem, NC 27102-2115

Hayden Elizabeth Keziah
2043 Morton Street
Apt. 212
Charlotte, NC 28208-5561

John Paul Hughes Cournoyer
Bankruptcy Administrator
101 S. Edgeworth Street
Greensboro, NC 27401-6024


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BMW Financial Services NA, LLC
Att: Officer or Managing Member
Attn: Bankruptcy Department
PO Box 3608
Dublin, OH 43016

Equifax
1550 Peachtree Street, NE
Atlanta, GA 30309

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Transunion, LLC
555 W. Adams Street
Chicago, IL 60661-3719

End of Label Matrix
Mailable recipients    67
Bypassed recipients     0
Total                  67