(8/2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | |
|---|---|
| In re:<br>    HAYDEN ELIZABETH KEZIAH<br><br>                  Debtor(s)<br>SSN(1) XXX-XX-5899 | Case No. 20-50426<br>Judge Lena M. James |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Brandi L. Richardson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>05/12/2020</u>.

2) The plan was confirmed on <u>12/10/2020</u>.

3) The case was completed on <u>06/17/2025</u>.

4) Number of months from filing to last payment: <u>61</u>.

5) Number of months case was pending: <u>65</u>.

6) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $118,335.00 |
| Less amount refunded to debtor | $440.00 |
| **NET RECEIPTS:** | **$117,895.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $9,558.95 |
| Other | $81.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$14,139.95** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Unsecured | 5,467.00 | 5,467.00 | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 6,012.00 | 6,250.53 | 6,250.53 | 3,192.26 | 0.00 |
| APPALACHIAN STATE UNIVERSITY | Unsecured | 2,833.73 | 2,833.73 | NA | 0.00 | 0.00 |
| ATRIUM HEALTH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Secured | 46,138.00 | 46,596.52 | 46,596.52 | 46,596.52 | 5,742.10 |
| CABARRUS COUNTY EMS | Unsecured | 697.62 | 697.62 | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 304.00 | 381.45 | 381.45 | 194.81 | 0.00 |
| CHARLOTTE-MECKLENBURG HOSPI | Unsecured | 0.00 | 6,645.08 | 6,645.08 | 3,393.74 | 0.00 |
| CITY OF NEW BERN | Unsecured | 425.52 | 425.52 | NA | 0.00 | 0.00 |
| COASTAL CAROLINA HEALTHCARE | Unsecured | 17.53 | 17.53 | NA | 0.00 | 0.00 |
| DIAMONDS INTERNATIONAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,211.00 | 1,211.00 | 1,211.00 | 0.00 |
| LONG REACH EMPLOYEES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 476.00 | 807.25 | 807.25 | 412.28 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MY PET FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEW BERN APTS DBA RESERVE AT G | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEW BERN APTS DBA RESERVE AT G | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Priority | NA | 4,436.34 | 68.00 | 68.00 | 0.00 |
| NORTH CAROLINA DEPT OF REVENU | Unsecured | NA | 113.61 | 17.61 | 9.00 | 0.00 |
| NOVANT HEALTH | Unsecured | 0.00 | 5,513.47 | 5,513.47 | 2,815.81 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 417.00 | 417.00 | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,079.00 | 1,819.57 | 1,819.57 | 929.28 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | NA | 9,953.11 | 9,953.11 | 5,083.24 | 0.00 |
| PUPPYSPOT LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 974.00 | 1,326.26 | 1,326.26 | 677.35 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 485.00 | 737.60 | 737.60 | 376.71 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 45,150.82 | 45,150.82 | 23,059.16 | 0.00 |
| ROCKSBOX COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | 0.00 | 6,580.64 | 6,580.64 | 3,360.83 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE EMPLOYEES CREDIT UNION | Unsecured | 7,800.00 | 7,800.00 | NA | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Unsecured | NA | 8,282.20 | 8,282.20 | 4,229.84 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Secured | 7,832.00 | 8,309.24 | 0.00 | 0.00 | 0.00 |
| TIDELANE ELECTRIC NC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY-CAROLINA HEALTHCAI | Unsecured | 1,275.43 | 1,275.43 | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO SERVICING CENTER | Unsecured | 4,300.00 | 4,705.36 | 4,705.36 | 2,403.12 | 0.00 |
| WINDHAM PROFESSIONALS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $46,596.52 | $46,596.52 | $5,742.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$46,596.52** | **$46,596.52** | **$5,742.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,279.00 | $1,279.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,279.00** | **$1,279.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$98,170.95** | **$50,137.43** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $14,139.95 |
| Disbursements to Creditors | $103,755.05 |
| **TOTAL DISBURSEMENTS:** | **$117,895.00** |

      7)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/08/2025          By: /s/ Brandi L. Richardson
                                                                                            Trustee

xc  HAYDEN ELIZABETH KEZIAH
     U.S. BANKRUPTCY ADMIN
     ANN CHARLOTTE DOWLESS
     DOWLESS LAW FIRM PC
     51 CABARRUS AVENUE WEST
     CONCORD,  NC  28025

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.